IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DERRICK WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-2 |
| v. | |
| MS. NEWTON, | |
| Defendants. | |

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which no Objections have been filed. Plaintiff's Eighth Amendment cruel and unusual punishment, equal protection, retaliation, and state law slander claims are **DISMISSED**, as well as Plaintiff's official capacity claims for monetary damages, claims for compensatory and punitive damages, and his claim for a declaratory judgment. Plaintiff's claims for preliminary and permanent injunctive relief against Defendant are **DISMISSED AS MOOT**. However, Plaintiff's Eighth Amendment deliberate indifference claim for nominal damages against Defendant remains pending.

The parties are reminded to follow the directives set forth in the Magistrate Judge's Order dated May 13, 2016. (Doc. 10.)

**SO ORDERED**, this 27th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA